UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-474-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLYDE WAYNE ANDERSON | ORDER |

On motion of the Defendant, Clyde Wayne Anderson, and for good cause shown, it is hereby ORDERED that the document at Docket Entry #52 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 19th day of February, 2020.

_____
LOUISE WOOD FLANAGAN
United States District Judge